## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SAPPHIRE DOLPHIN LLC,

       Plaintiff,

    v.

MONOPRICE, INC.

       Defendant.

C.A. No. 14- 255-SLR

**TRIAL BY JURY DEMANDED**

## STIPULATION AND PROPOSED ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that,
pursuant to Fed. R. Civ. P. 41(a)(1)(A), all claims asserted by Sapphire Dolphin LLC against
Monoprice, Inc. in the above captioned matter are hereby dismissed with prejudice.  Each party
shall bear its own costs, expenses, and attorneys' fees incurred in this proceeding.

BAYARD, P.A.

/s/ Stephen B. Brauerman
Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
Vanessa R. Tiradentes (#5398)
Sara E. Bussiere (#5725)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff*

Dated: September 18, 2014

MORRIS JAMES LLP

/s/ Kenneth L. Dorsney
Kenneth L. Dorsney (I.D. #3726)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Defendant*

IT IS SO ORDERED this _____ day of September, 2014

_____
U.S.D.J.